LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
JOSEPH C. LIBURT (STATE BAR NO. 155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

CHRISTIAN N. BROWN (STATE BAR NO. 233147)
cbrown@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendants
SEARS HOLDINGS CORPORATION and SEARS,
ROEBUCK AND CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| PATRICK RODRIGUEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEARS HOLDINGS CORPORATION, a corporation; SEARS, ROEBUCK AND CO., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 10 1268<br><br>**DECLARATION OF ROBERT G. SPRINGHORN IN SUPPORT OF DEFENDANTS SEARS HOLDINGS CORPORATION AND SEARS, ROEBUCK AND CO.'S NOTICE OF REMOVAL** |

OHS West:260882993.1

SPRINGHORN DECLARATION IN SUPPORT OF
DEFENDANTS' NOTICE OF REMOVAL

I, Robert G. Springhorn, declare as follows:

1. I am a Senior Business Analyst for Sears Holdings Management Corporation, a subsidiary of Defendant Sears, Roebuck and Co. and Kmart Management Corporation. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto, under oath.

2. I have reviewed the electronic data of Defendant Sears, Roebuck and Co. to determine the number of employees who worked in Assistant Manager or similar positions at Sears, Roebuck and Co. and The Great Indoors (a division of Sears, Roebuck and Co.) in California between February 11, 2006 and March 23, 2010. The data I reviewed is entered into and stored in Sears' human resources database in the ordinary course of business at or near the time it is generated by personnel whose regular duties include accurately recording such data. I completed my review of this data on March 23, 2010.

3. According to Sears, Roebuck and Co.'s electronic records, 1,160 employees worked in California as Assistant Managers (of various types) between February 11, 2006 and March 23, 2010. This figure accounts only for Assistant Managers employed by Defendant Sears, Roebuck and Co. and one of its divisions, The Great Indoors. It does not include many additional Assistant Managers employed by Kmart Corporation, Orchard Supply Hardware, or other separately incorporated Sears entities encompassed by the plaintiff Rodriguez's Complaint. I estimate that all together, over 2,000 Assistant Managers worked at Sears, Roebuck and Co. and Kmart Corporation in California during this time period. Of the 1,160 Sears, Roebuck and Co. Assistant Managers described above, 640 have terminated and are no longer employed by Sears.

4 Based on Sears' electronic data, the plaintiff in this case, Patrick Rodriguez, was employed as an Assistant Manager Trainee and Assistant Manager for Sears, Roebuck and Co. from March 10, 2008 until he resigned on January 11, 2010. He took a leave of absence between September 27, 2009 and November 10, 2009. This amounts to approximately 88 workweeks of active employment. Plaintiff's average hourly rate of pay at the time of his

///

termination (based on his final annual salary) was $27.88.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 25, 2010, at Hoffman Estates, Illinois.

_____
Robert G. Springhorn