1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   lchermle@orrick.com
2  JOSEPH C. LIBURT (STATE BAR NO. 155507)
   jliburt@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA 94025
   Telephone: (650) 614-7400
5  Facsimile: (650) 614-7401

6  CHRISTIAN N. BROWN (STATE BAR NO. 233147)
   cbrown@orrick.com
7  ORRICK HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
8  San Francisco, CA 94105
   Telephone: (415) 773-5700
9  Facsimile: (415) 773-5759

10 Attorneys for Defendants
   SEARS HOLDINGS CORPORATION and SEARS,
11 ROEBUCK AND CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| PATRICK RODRIGUEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEARS HOLDINGS CORPORATION, a corporation; SEARS, ROEBUCK AND CO., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>RELATED CASE:<br><br>*GILHULY V. KMART CORP.*, NORTHERN DISTRICT CASE NO. 4:10-CV-00360-PJH |

OHS West:260884035.1

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

Pursuant to Civil L.R. 3-13, Defendants Sears Holdings Corporation and Sears, Roebuck and Co. ("Defendants") hereby notify the Court of the following action pending in the District Court for the Northern District of California, Oakland Division:

*MICHAEL GILHULY, individually and on behalf of all others similarly situated, Plaintiff, v. KMART CORPORATION, Defendant*, Case No. 4:10-cv-00360-PJH, originally filed in Alameda County Superior Court on December 23, 2009.

The *Gilhuly* case, which is currently pending in the Northern District's Oakland Division before the Honorable Phyllis J. Hamilton, is a proposed class action wherein the plaintiff has alleged that Kmart Corporation has misclassified as exempt specified manager positions which are in the nature of assistant manager positions. The proposed class of employees defined in the *Gilhuly* complaint overlaps with the proposed class of employees in the instant case, which is also a proposed class action alleging misclassification of Assistant Managers at Sears, Roebuck and Co., Kmart Corporation, and other entities. Both cases involve claims of California Labor Code violations including unpaid overtime, failure to provide meal and rest periods, failure to pay compensation upon termination, inaccurate itemized wage statements and unfair competition under California Business and Professions Code § 17200 *et seq.*.

Due to the overlapping nature of the proposed classes and the similar claims made in these two cases, Defendants anticipate that an Administrative Motion to Consider Whether Cases Should Be Related will be filed promptly pursuant to Civil L.R. 3-12. In compliance with Civil L.R. 3-12, this Notice will be served on all parties in both this action as well as all parties in *Gilhuly v. Kmart Corporation*, Northern District Case No. 4:10-cv-00360-PJH.

Dated: March 25, 2010

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Christian Brown
CHRISTIAN N. BROWN
Attorneys for Defendants
SEARS HOLDINGS CORPORATION and
SEARS, ROEBUCK AND CO.