| | |
|---|---|
| 1 | LYNNE C. HERMLE (STATE BAR NO. 99779) |
| | lchermle@orrick.com |
| 2 | JOSEPH C. LIBURT (STATE BAR NO. 155507) |
| | jliburt@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 4 | Menlo Park, CA 94025 |
| | Telephone: (650) 614-7400 |
| 5 | Facsimile: (650) 614-7401 |
| 6 | CHRISTIAN N. BROWN (STATE BAR NO. 233147) |
| | cbrown@orrick.com |
| 7 | ORRICK HERRINGTON & SUTCLIFFE LLP |
| | 405 Howard Street |
| 8 | San Francisco, CA 94105 |
| | Telephone: (415) 773-5700 |
| 9 | Facsimile: (415) 773-5759 |
| 10 | Attorneys for Defendants |
| | SEARS HOLDINGS CORPORATION and SEARS, |
| 11 | ROEBUCK AND CO. |

ORIGINAL FILED 2010 MAR 25 P 3: 39 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | | |
|---|---|---|
| PATRICK RODRIGUEZ, as an individual and on behalf of all others similarly situated, | | Case No. CV 10 1268 SC |
| | Plaintiff, | **CERTIFICATE OF INTERESTED ENTITIES OR PARTIES** |
| | v. | |
| SEARS HOLDINGS CORPORATION, a corporation; SEARS, ROEBUCK AND CO., a corporation; and DOES 1 through 100, inclusive, | | |
| | Defendants. | |

OHS West:260884234.1

CERTIFICATE OF INTERESTED ENTITIES OR PARTIES

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceedings:

1) Plaintiff Patrick Rodriguez

2) Defendant Sears, Roebuck and Co.

3) Defendant Sears Holdings Corporation

4) Kmart Corporation

5) Kmart Holding Corporation

6) Kmart Management Corporation

7) Orchard Supply Hardware, LLC

8) Orchard Supply Hardware Corporation

These representations are made to enable the Court to evaluate potential disqualification or recusal.

Dated: March 25, 2010

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
CHRISTIAN N. BROWN
Attorneys for Defendants
SEARS HOLDINGS CORPORATION and
SEARS, ROEBUCK AND CO.