LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
JOSEPH C. LIBURT (STATE BAR NO. 155507)
jliburt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    (650) 614-7400
Facsimile:    (650) 614-7401

CHRISTIAN N. BROWN (STATE BAR NO. 233147)
cbrown@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendants
SEARS HOLDINGS CORPORATION and SEARS, ROEBUCK
AND CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| PATRICK RODRIGUEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>SEARS HOLDINGS CORPORATION, a corporation; SEARS ROEBUCK AND CO., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants | Case No. 3:10-cv-01268-SC<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS AND STRIKE FIRST AMENDED COMPLAINT**<br><br>CLASS ACTION<br><br>**DATE:    August 6, 2010**<br>**PLACE:  Courtroom 1**<br>**TIME:    10:00 a.m.**<br>**JUDGE:  Hon. Samuel Conti** |

1      TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

2   NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS COUNSEL OF

3   RECORD:

4      PLEASE TAKE NOTICE that in light of the parties' stipulation and the Court's Order

5   Granting Leave to File a Second Amended Complaint, Defendants Sears Holdings Corporation

6   and Sears, Roebuck and Co. ("Defendants") hereby withdraw their Motion to Dismiss and Strike

7   Plaintiff's First Amended Complaint currently noticed for hearing on 10:00 a.m. on August 6,

8   2010.  Defendants respectfully request that the Court remove this motion from the Calendar.

9

10  Dated:  July 21, 2010.                    LYNNE C. HERMLE
                                             JOSEPH C. LIBURT
11                                           CHRISTIAN N. BROWN
                                             ORRICK, HERRINGTON & SUTCLIFFE LLP
12

13                                                /s/ Christian N. Brown
                                             Christian N. Brown
14                                           Attorneys for Defendants

15

16

17

18

19

20

21

22

23

24

25

26

27

28